## IN EQUITY.

### ANONYMOUS.

On motion for a reference to compute amount due, &c., in a mortgage foreclosure case, under
the 91st rule—the affidavit should show, in addition to the fact, that the bill has been
taken as confessed—the further fact, *whether* the moneys secured by the mortgage have
all become due and payable or not; and also whether any of the Defendants are absentees
or infants.

*December Special Term,* 1847.    *Onondaga county.*—A motion was made
in a mortgage foreclosure case, under the 91st equity rule, upon an
affidavit merely stating that the bill had been taken as confessed, for
an order of reference to compute the amount due to the complainant
on the mortgage, &c.

GRIDLEY, Justice.—The 91st rule contemplates that motions of this
description are to be made *at the hearing of the cause,* and therefore it is
assumed that the court will be informed by the affidavit produced on the
motion for the decretal order to sell, what provision should be embraced
in the order of reference.    In point of fact, however, the motion for a
reference to compute, must always precede the hearing, inasmuch as the
report of the amount due, &c., constitutes the evidence upon which the
court grants the order of sale. This renders it necessary that the Plaintiff
should either move for the order of reference and the appointment of a

-referee, upon the usual affidavit of regularity prepared in advance for this purpose; or, that he should show to the court, in addition to the fact that the bill has been taken as confessed, the further fact, *whether* the moneys secured by mortgage have all become due and payable or not, and also whether any of the Defendants are absentees or infants. In this case there is nothing shown by which the court can determine whether the order of reference should contain a direction to the referee to examine and report whether the premises can be sold in parcels, or whether it should contain a further direction to take proof of the facts and circumstances stated in the Plaintiff's bill, and to examine him on oath as to any payments that may have been made upon the mortgage.

The affidavit must be amended in this particular.